

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,526-02

**EX PARTE ERNESTO GONZALES, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. S-06-3285CR
### IN THE 36TH JUDICIAL DISTRICT COURT
### FROM SAN PATRICIO COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and was sentenced to life imprisonment. The Thirteenth Court of Appeals affirmed his conviction. *Gonzales v. State*, No. 13-07-00251-CR (Tex. App.—Corpus Christi-Edinburg Aug. 28, 2008), *aff'd*, 313 S.W.3d 840 (Tex. Crim. App. 2010).

On October 5, 2016, this Court remanded this application to the trial court for findings of fact

and conclusions of law. On September 27, 2017, the trial court signed findings of fact and conclusions of law that were based on the affidavit from trial counsel. The trial court recommended that relief be dismissed.

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief.

Filed: October 18, 2017
Do not publish